# In the United States Court of Federal Claims

No. 23-1901C

(Filed: August 22, 2025)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SOPHIA DIDLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court is in receipt of the parties' joint motion to voluntarily dismiss pursuant to Rule 41(a)(1)(A)(ii). *See* Motion (ECF 32). The Court **GRANTS** the motion and, accordingly, the case is dismissed with prejudice. The Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge